**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YOSEER DANIEL PATINO-PENALOZA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-02525-DB** |
| **v.** | § | |
| | § | |
| **FIELD OFFICE DIRECTOR,** *El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On October 6, 2026, Yessenia Elizabeth Romero Garcia filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Emergency Motion for Stay of Removal Filed by Next Friend Under 28 U.S.C. § 2242" ("Petition"), ECF No. 1, on behalf of her spouse, Yoseer Daniel Patino-Penaloza ("Petitioner"). However, the District Clerk's office did not receive proper payment of the $5.00 USD filing fee, nor did Romero Garcia file a motion to proceed *in forma pauperis* on Petitioner's behalf. Accordingly, the Court cannot take any action on the Petition until the fee is paid or Petitioner moves for and is granted permission to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL** either (1) pay the $5.00 USD filing fee to the District Clerk's office for the Western District of Texas **OR** (2) file a motion to proceed *in forma pauperis* **within (30) days** of the instant Order.

SIGNED this 15th day of October, 2026.

For HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE