**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YOSEER DANIEL PATINO-PENALOZA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-02525-DB** |
| **v.** | § | |
| | § | |
| **FIELD OFFICE DIRECTOR,** *El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*, | § | |
| **Respondents.** | § | |

**ORDER TRANSFERRING CASE**

On this day, the Court considered the above-captioned case. On October 22, 2026, Yessenia Elizabeth Romero Garcia (Ms. Romero Garcia) filed a "Notice of Change of Address and Detention Facility Location," ECF No. 8, on behalf of Petitioner Yoseer Daniel Patino-Penaloza ("Petitioner"). Therein, Ms. Romero Garcia states that Petitioner is currently detained in Torrance County Detention Facility in Estancia, New Mexico. ECF No. 8 at 1.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk's Office **SHALL TRANSFER** the above-captioned case to the District of New Mexico for adjudication.

SIGNED this 27th day of October, 2026.

Kathleen Cardone

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**